AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **(1) FERDINAND SOTO SANTIAGO** | ) | Case No.  *09-718 (M)* |
| **(2) ROBERTO RIVERA RIVERA** | ) | |
| **(3) CARLOS BESA GARI** | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  Sept 29-30, 2009  in the county of _____ in the   Judicial   District of Puerto Rico   , the defendant violated   Title 21,   U. S. C., §§   841 (a)(1); 952(a) and Title 18, U.S.C., § 2 an offense described as follows:

The defendants herein, knowingly and intentionally, aiding and abetting each other, did possess with intent to distribute and did import or attempt to import into the United States from any place outside thereof, that is, the Dominican Republic, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance; all in violation of Title 21, United Stated Code, § 841 (a)(1); 952 (a), and Title 18, United States Code, § 2.

This criminal complaint is based on these facts:

See Attached Affidavit incorporated by reference herein.

X   Continued on the attached sheet.

*Reviewed 10/1/2009*
*AUSA Jenifer Hernandez*

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  *10/1/09*

_____
*Judge's signature*

City and state:       **SAN JUAN, PUERTO RICO**

BRUCE J. McGIVERIN, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*